THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRIDENT MARKETING, INC., and ) <br> TRIDENT BEVERAGE, INC. ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> SMART BEVERAGE, INC., ) <br> d/b/a THE THIRSTY COCONUT, ) <br> ) <br>    Defendant. ) | Case No. 4:20-CV-03470 |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiffs come now and hereby request the Clerk to enter a default against the Defendant, SMART BEVERAGE, INC. d/b/a THE THIRSTY COCONUT, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

WADLER PERCHES HUNDL & KERLICK

_____
I. Ray Kerlick
State Bar No.: 00791017
Federal ID: 18438
101 West Burleson Street
Wharton, Texas  77488
Telephone:  (979) 532-3871
Facsimile:  (979) 532-3508
E-mail:  rkerlick@wphk-law.com

ATTORNEY FOR PLAINTIFFS