THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRIDENT MARKETING, INC., and<br>TRIDENT BEVERAGE, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>SMART BEVERAGE, INC.,<br>d/b/a THE THIRSTY COCONUT,<br><br>    Defendant. | Case No.  4:20-CV-03470 |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, I. Ray Kerlick, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiffs in this action.

2. A complaint was filed herein on October 10, 2020 (Dkt #1), and service of process was had on the Defendant via personal service on its president Luke Einsel on December 3, 2020.  A Return of Service was filed with the Clerk on December 10, 2020 (Dkt. #6).

3. More than twenty-one (21) days have elapsed since the defendant in this action served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

4. Further Affiant sayeth not.

*[signature]*
I. Ray Kerlick
Attorney for Plaintiff

STATE OF TEXAS

COUNTY OF FORT BEND

Sworn to and subscribed before me this 30 day of December, 2020.

*[signature: Denise Kopecky]*
Notary Public

DENISE KOPECKY
Notary Public, State of Texas
Comm. Expires 02-19-2022
Notary ID 3197855