THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRIDENT MARKETING, INC., and <br> TRIDENT BEVERAGE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SMART BEVERAGE, INC., <br> d/b/a THE THIRSTY COCONUT, <br><br> Defendant. | Case No. 4:20-CV-03470 |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on October 7, 2020 (Doc #1); that the summons and complaint were duly served upon the defendant, SMART BEVERAGE, INC. d/b/a THE THIRSTY COCONUT, and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, SMART BEVERAGE, INC. d/b/a THE THIRSTY COCONUT, as provided in Rule 55(a), Federal Rules of Civil Procedure.

December 31, 2020

David J. Bradley, CLERK

By _____
Deputy Clerk