IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRIDENT MARKETING, INC., and <br> TRIDENT BEVERAGE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SMART BEVERAGE, INC., <br> d/b/a THE THIRSTY COCONUT, <br><br> Defendant / Counterclaim Plaintiff, <br><br> v. <br><br> TRIDENT MARKETING, INC., <br> TRIDENT BEVERAGE, INC. and <br> RONNOCO COFFEE, LLC d/b/a <br> RONNOCO BEVERAGE SOLUTIONS, <br><br> Counterclaim Defendants. | Case No. 4:20-cv-03470 |

## COUNTERCLAIM DEFENDANTS' MOTION FOR LEAVE TO FILE TRIAL EXHIBIT UNDER SEAL

COME NOW Counterclaim Defendants Ronnoco Coffee, LLC ("Ronnoco"), Trident Marketing, Inc. ("Trident Marketing") and Trident Beverage, Inc. ("Trident Beverage") (collectively, "Counterclaim Defendants"), and pursuant to the Court's Order of March 21, 2024 requiring the electronic filing of admitted trial exhibits, respectfully move the Court for leave to file under seal Trial Exhibit DX158.

In support of their Motion, Counterclaim Defendants state the following:

1. Trial Exhibit DX158, which includes Defendant / Counterclaim Plaintiff Smart Beverage Inc.'s tax returns, was admitted on March 15, 2024.

2.     The parties have conferred and Smart Beverage advises that it desires for Trial Exhibit DX 158 to be filed under seal because it contains confidential tax records and includes information that is Confidential under the Protective Order entered in this matter (Doc. 111).[1]

3.     Under the Protective Order, Confidential materials may be made available to the Court, but only under seal. Doc. 11, ¶¶ 3, 9.

WHEREFORE, with the consent of all parties, Counterclaim Defendants ask the Court to enter an Order permitting Counterclaim Defendants to file under seal Exhibit DX158.

Dated: March 27, 2024                    Respectfully submitted,

**DOWD BENNETT LLP**

By:   */s/ John D. Comerford*
      John D. Comerford #60164MO
      *Admitted pro hac vice*
      Attorney-in-charge
      James B. Martin #70219MO
      *Admitted pro hac vice*
      7676 Forsyth Blvd., Suite 1900
      St. Louis, Missouri 63105
      (314) 889-7300 (phone)
      (314) 863-2111 (facsimile)
      jcomerford@dowdbennett.com
      jbmartin@dowdbennett.com

*Attorneys for Counterclaim Defendant Ronnoco Coffee LLC*

---

[1] Counterclaim Defendants are filing this Motion because they are filing the admitted exhibits on behalf of all parties to the case.

**WADLER, PERCHES, HUNDL & KERLICK**

By:   <u>/s/ *I. Ray Kerlick*</u>
       I. Ray Kerlick #00791017 TX
       101 West Burleson Street
       Wharton, Texas 77488
       (979) 532-3871 (phone)
       (979) 532-3508 (facsimile)
       rkerlick@wphk-law.com

*Attorneys for Plaintiffs / Counterclaim Defendants Trident Beverage, Inc. and Trident Marketing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

<u>*/s/ John D. Comerford*</u>