**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| TRIDENT MARKETING, INC., and ) <br> TRIDENT BEVERAGE, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SMART BEVERAGE, INC., ) <br> d/b/a THE THIRSTY COCONUT, ) <br> ) <br> Defendant / Counterclaim Plaintiff ) <br> ) <br> v. ) <br> ) <br> TRIDENT MARKETING, INC., ) <br> TRIDENT BEVERAGE, INC. and ) <br> RONNOCO COFFEE, LLC d/b/a ) <br> RONNOCO BEVERAGE SOLUTIONS ) <br> ) <br> Counterclaim Defendants. ) | Case No. 4:20-cv-03470 |

**[PROPOSED] ORDER**

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Counterclaim-Defendant Ronnoco Coffee LLC's Motion for Leave to File Trial Exhibit DX158 is **GRANTED.**

Signed on _____, 2024, at Houston, Texas.

_____
United States District Judge