United States District Court
Southern District of Texas
**ENTERED**
March 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRIDENT MARKETING, INC., and TRIDENT BEVERAGE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SMART BEVERAGE, INC., d/b/a THE THIRSTY COCONUT,<br><br>Defendant / Counterclaim Plaintiff<br><br>v.<br><br>TRIDENT MARKETING, INC., TRIDENT BEVERAGE, INC. and RONNOCO COFFEE, LLC d/b/a RONNOCO BEVERAGE SOLUTIONS<br><br>Counterclaim Defendants. | Case No. 4:20-cv-03470 |

### [PROPOSED] ORDER

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Counterclaim-Defendant Ronnoco Coffee LLC's Motion for Leave to File Trial Exhibit DX158 is **GRANTED.**

Signed on ___March 27___, 2024, at Houston, Texas.

_____
United States District Judge